# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON APPLEWHITE

NO. 2023 KW 1169

**JANUARY 19, 2024**

---

In Re:    Brandon Applewhite, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0442-F-2022.

---

BEFORE:    **WELCH, HOLDRIDGE,[1] AND WOLFE, JJ.**

**WRIT GRANTED.** The identity of the victim(s) is substantial and not merely a descriptive element of the charged offenses. See La. Code Crim. P. art. 473. Relator is prejudiced by the state's failure to provide sufficient information regarding the identity of the alleged victim(s) of the charged offenses, such as the victim(s)' age, physical and/or mental disability, and the allegations of unsoundness of mind. Thus, the district court's ruling denying relator's motion to quash the bill of information is reversed, and the matter is remanded for further proceedings.

**JEW**
**GH**

Wolfe, J., dissents and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Holdridge, J.**, retired, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.